# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D21-246
_____

JOHN WITT,

    Appellant,

    v.

EMERGENCY ONE, INC./RISK
ENTERPRISE MANAGEMENT and
ZENITH INSURANCE COMPANY,

    Appellees.

_____

On appeal from an order of the Office of the Judges of
Compensation Claims.
Margaret Sojourner, Judge.

Date of Accident: January 19, 1982.

September 3, 2021

PER CURIAM.

    AFFIRMED.

ROWE, C.J., and KELSEY and LONG, JJ., concur.

———————————————————

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

———————————————————

Bill McCabe, Longwood, for Appellant.

Patricia M. Rego Chapman and Frank C. Wesighan, of Dean, Ringers, Morgan, & Lawton, Orlando, for Appellees.